CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR21-055-RSM |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |
| ANDREW MCGUIRE, | |
| Defendant. | |

THE COURT has considered Andrew McGuire's unopposed motion to continue the pretrial motions deadline along with all the records in this case.

IT IS NOW ORDERED that pretrial motions shall be filed no later than October 20, 2021.

DONE this 4th day of October 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Assistant Federal Public Defender
Attorney for Andrew McGuire

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE
(*United States v. McGuire*, CR21-055-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100