JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR21-055RSM |
| Plaintiff, ) | |
| v. ) | ORDER GRANTING UNOPPOSED EMERGENCY MOTION TO EXTEND TIME TO REPORT |
| ANDREW MCGUIRE, ) | |
| Defendant. ) | |

THE COURT has considered Andrew McGuire's unopposed emergency motion to extend the date to surrender to the Marshals and begin serving his sentence, and the records and files herein.

It is now ORDERED that the date in which Mr. McGuire must surrender to the Marshals is extended from November 10, 2022, to November 28, 2022, by 9:00 a.m.

DATED this 9th day of November, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge
for Judge Ricardo S. Martinez

ORDER TO EXTEND TIME TO REPORT
(*United States v. McGuire*, CR21-055-RSM) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100