UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW R. MCGUIRE,<br><br>  Defendant. | CASE NO. CR21-55-RSM<br><br>**ORDER REVOKING APPEARANCE BOND AND DETAINING DEFENDANT** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant was ordered to surrender by November 28, 2022 to the U.S. Marshal to begin serving his sentence his prison sentence. Dkt. 35. When he failed to surrender, the Court issued a warrant for arrest and was at large until his recent arrest. Under these circumstances the Court revokes the appearance bond issued in this case and Defendant shall remain in custody to begin serving his sentence.

It is therefore **ORDERED**:

ORDER REVOKING APPEARANCE BOND
AND DETAINING DEFENDANT - 1

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 16th day of July, 2024.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge